```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0055--CR (JKS)
                             "USA V WILLIAM C. NUCHOLS"
                            DEF 1.1 NUCHOLS, WILLIAM C.

       In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 03/21/01
              Closed: 10/02/01
  No. of Defendants: 1
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
  Needs interpreter: NO
   Counsel of record: Henry E. Graper
                      Gorton Logue & Graper PC
                      737 M Street
                      Anchorage, AK 99501
                      907-276-1942
                      FAX 907-279-0680
                      Serve: YES
                       Type: CJA
                       Role: Other


  PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Kevin Feldis
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Other
```

Counts re: DEF 1.1 NUCHOLS, WILLIAM C.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Dismissed (28-1) |
| 1 - 1 IND | 2 | 18:472 UTTERING COUNTERFEIT OBLIGATIONS OR SECURITIES (F) | Dismissed (28-1) |
| 1 - 1 IND | 3 | 18:922(g)(1) FELON IN POSSESSION (F) | Sentenced (27-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0055--CR (JKS)
                            "USA V WILLIAM C. NUCHOLS"

                       In public format, for all filing dates
```

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 03/21/01
            Closed: 10/02/01
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/21/01 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 03/22/01 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 03/22/01 | [Re: DEF 1] AHB Grand Jury Minutes, WOA, Bail: detention. |
| NOTE - 2 | 04/05/01 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 4/5/01 in Tennessee. |
| 3 - 1 | 04/16/01 | [Re: DEF 1] Documents from USDC Eastern District Tennessee: financial aff; report of proceedings before MJ, waiver of identity/removal hrg; commitment to another district; cy of dkt sheet & crim mins. |
| 4 - 1 | 04/26/01 | [Re: DEF 1] USM Return of WOA, exec 4/5/01. |
| NOTE - 3 | 05/01/01 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 4/5/01 in Blount Co, Tennessee, def arrived in Anchorage 4/30/01. |
| NOTE - 4 | 05/01/01 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| NOTE - 5 | 05/03/01 | Issued: Speedy Trial Notice to Judge Singleton. cc: Patty Demeter |
| 5 - 1 | 05/03/01 | [Re: DEF 1] AHB Court Minutes [ECR: Pat Earl/Elisa Singleton] re Arr on Indt (held 5/2/01); Mary Geddes apptd; def pled not guilty; cnsl advised of trial date 6/4/01; def deatined; PTM's due 5/9/01. (Per telephone call from FPD, FPD had a conflict & Rex Butler was appointed) cc: USA, FPD, R. Butler, USM, USPO, Judge Singleton |
| 6 - 1 | 05/03/01 | [Re: DEF 1] Financial Affidavit. |
| 7 - 1 | 05/03/01 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, R. Butler, USM, USPO |
| 8 - 1 | 05/03/01 | [Re: DEF 1] AHB Order regarding preparation for trial re PTM's due 5/9/01; cnsl to meet & confer by 5/3/01. cc: USA, R. Butler |
| 9 - 1 | 05/03/01 | DEF 1 Attorney Appearance of R. Butler. |
| 10 - 1 | 05/04/01 | [Re: DEF 1] JKS Minute Order setting trial by jury for 6/4/01 at 9:00 a.m. and Final PT Conf for 6/1/01 at 1:30 p.m.  cc: R. Butler, C. Brown, USPO, USM, MJ Branson, jury clerk |
| 11 - 1 | 05/09/01 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 12 - 1 | 05/16/01 | [Re: DEF 1] CJA appointment of R. Butler. |
| 13 - 1 | 05/31/01 | DEF 1 Notice of Intent to change plea. |
| 14 - 1 | 06/01/01 | [Re: DEF 1] JKS Minute Order re: proposed change of plea hearing is set for 6/1/01 at 2:30 p.m. before Judge Fitzgerald.  cc: C. Brown, R. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0055--CR (JKS)
                              "USA V WILLIAM C. NUCHOLS"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | Butler, USM, PO, MJ Branson |
| 15 - 1 | 06/01/01 | [Re: DEF 1] PLF 1 Notice of filing non-executed plea agreement on shortened time. |
| 16 - 1 | 06/01/01 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 17 - 1 | 06/05/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer / Debby Lyons] re: PCOP held 6/1/01; def changed plea to guilty on count 3 in the Indictment; IOS set 8/17/01, at 1:30 p.m. before Judge Singleton.  TBJ 6/4/01 VACATED.  cc: C. Brown, R. Butler, USM, USPO, MJ Branson, Jury Clerk |
| 18 - 1 | 08/10/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 19 - 1 | 08/13/01 | DEF 1 Unopposed motion on shortened time on motion to reschedule sentencing on 8/17/01 w/att aff. |
| 20 - 1 | 08/13/01 | {SEALED} |
| 21 - 1 | 08/14/01 | [Re: DEF 1] JKS Order granting unopposed motion on shortened time on motion to reschedule sentencing (19-1); IOS reset from 1:30 to 9:00 am on 8/17/01. cc: USA, USM, PO, R. Butler |
| 22 - 1 | 08/20/01 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] re: IOS continued held 8/16/01.  Court directed def to be examined by a mental heath professional, counsel to file a report by 11/19/01.  Court continued ios until 11/30/01 at 2:00 p.m.  Court directed that the def be housed in Anchorage pending mental health exam. cc: cnsl |
| 23 - 1 | 08/27/01 | DEF 1 Unopposed motion to reschedule sentencing w/att aff. |
| 24 - 1 | 08/29/01 | [Re: DEF 1] JKS Minute Order granting motion Unopposed motion to reschedule sentencing (23-1). IOS set 11/11/01 is vacated and reset for 9/26/01.  cc: C. Brown, R. Butler, USM, USPO |
| 25 - 1 | 09/27/01 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] continued IOS held 9/26/01.  Imprisonment 46 months w/recommendation def be placed at the Buckner Facility in North Carolina. SR 3 years w/special conditions; SA $100.00; Restitution $400.00. |
| 26 - 1 | 09/27/01 | [Re: DEF 1] PLF 1 motion to dismiss counts 1 & 2 of the Indictment. |
| 26 - 2 | 10/02/01 | [Re: DEF 1] JKS Order granting motion to dismiss counts 1 & 2 of the Indictment (26-1). cc: C. Brown, R. Butler, USM, USPO |
| 27 - 1 | 10/02/01 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 3 of the Indictment (1-1); Imprisonment 46 months; Def remanded to the USM; SR 3 years w/special conditions; SA $100.00; Restitution $400.00.  cc: C. Brown, R. Butler, Def w/cnsl cy, USM, USPO, FLU, MJ Branson |
| 28 - 1 | 10/02/01 | [Re: DEF 1] JKS Judgment dismissed with prejudice count(s) 1,2 of the Indictment (1-1). |
| 29 - 1 | 10/18/01 | {SEALED} |
| 29 - 2 | 10/25/01 | {SEALED} |
| 30 - 1 | 11/14/01 | [Re: DEF 1] Partial Transcript continued imposition of sentence held 9/26/01. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A01-0055--CR (JKS)
                           "USA V WILLIAM C. NUCHOLS"

                     In public format, for all filing dates

Document #    Filed      Docket text
----------    --------   -----------

   31  -  1   04/18/03   [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

 NOTE  -  6   04/21/03   Issued: writ of execution re: DEF 1 on PFD.

   32  -  1   03/09/04   USM Return of svc on writ of execution on PFD re: DEF 1 on 4/23/03 no
                         funds available.

 NOTE  -  7   11/17/04   [Re: DEF 1] Issued WOA on pet to revoke SR.

 NOTE  -  8   11/18/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/17/04 on pet to
                         revoke SR.

   33  -  1   11/18/04   [Re: DEF 1] JKS Order and petition for WOA for offender under SR; ck to
                         issue WOA; pet referred to MJ Branson. cc: USA, USM, USPO, def w/USM cy,
                         MJ Branson

   34  -  1   11/18/04   [Re: DEF 1] Return of WOA executed on 11/17/04.

   35  -  1   11/22/04   [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re I/A on pet to
                         revoke SR hld 11/19/04; H. Graber apptd; def denied allegations; consent
                         before MJ due 11/23/04; def detained. cc: USA, H. Graper, USM, USPO

   36  -  1   11/22/04   [Re: DEF 1] Financial Affidavit.

   37  -  1   11/22/04   [Re: DEF 1] AHB Order of Detention. cc: USA, H. Graper, USM, USPO

   38  -  1   11/23/04   DEF 1 Consent to Proceed Before Magistrate Judge.

   38  -  2   12/01/04   [Re: DEF 1] AHB Order on consent to proceed before MJ Branson in evid
                         hrg re viol of SR. cc: USA, H. Graper

   39  -  1   12/01/04   [Re: DEF 1] AHB Minute Order setting evid hrg on pet to revoke SR on
                         12/9/04 @ 9:00 a.m.. cc: USA, H. Graper, USM, USPO

   40  -  1   12/02/04   DEF 1 Attorney Appearance of H. Graper III.

   41  -  1   12/03/04   [Re: DEF 1] CJA appointment of H. Graper.

   42  -  1   12/10/04   [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] re: evid hrg on pet
                         to revoke SR held 12/9/04; def admitted allegation 1; matter referred to
                         Judge Singleton for disposition; det cont. cc: USA, H. Graper, USM,
                         USPO, Judge Singleton

   43  -  1   12/14/04   [Re: DEF 1] JKS Minute Order re dispo hrg on the petition to revoke SR
                         set for 12/29/04 at 1:30 p.m. cc: USA, H. Graper, USM, USPO

   44  -  1   12/28/04   [Re: DEF 1] JKS Minute Order re dispo hrg on pet to revoke SR prev set
                         for 12/29/04 at 1:30 p.m. is RESET for 4:15 p.m. cc: USA, H. Graper,
                         USM, USPO

   45  -  1   12/29/04   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: Dispo Hrg on
                         Pet to Revoke SR (held 12/29/04); prev ADMITTED alleg #2; sentenced to
                         10 months impr w/standard & special conds; no fine imposed; alleg #1
                         dsmsd. cc: USA, H. Graper, USM, PO, MJ Branson

   46  -  1   01/03/05   [Re: DEF 1] AMENDED AHB Court Minutes [ECR: Denali Elmore] re: evid hrg
                         on pet to revoke SR held 12/9/04; def admitted allegation 2; matter
                         referred to Judge Singleton for disposition; det cont. cc: USA, H.

ACMS: R_RDSDI              As of 02/10/06 at 2:19 PM by DANM                          Page 3
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A01-0055--CR (JKS)
                           "USA V WILLIAM C. NUCHOLS"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | Graper, USM, USPO, Judge Singleton |
| 47 - | 1 | 01/04/05 | [Re: DEF 1] JKS Amended Judgment for revocation of SR; def sentenced to 10 mos impr; def remanded to USM. cc: USA, H. Graper, Def w/cnsls cy, USM, USPO, MJ Branson |
| 48 - | 1 | 01/21/05 | {SEALED} |
| 48 - | 2 | 01/21/05 | {SEALED} |
| 49 - | 1 | 03/14/05 | USM Return of svc on amended judgment re: DEF 1 executed on 3/9/05 to FCI Sheridan at Sheridan, OR. |
| 50 - | 1 | 10/21/05 | [Re: DEF 1] JWS Order and Request for Modifiaction of Cond's or Term of SR as directed. cc: USPO |