```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.  WILLIAM CRAIG NUCHOLS      CASE NO. 3:01-cr-00055-JKS
Defendant: X Present X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ROBIN CARTER

UNITED STATES' ATTORNEY:        CRANDON RANDELL

DEFENDANT'S ATTORNEY:      KEVIN MCCOY FOR HENRY GRAPER-APPOINTED

U.S.P.O.:                      MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 2/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:02 p.m. court convened.

X Copy of petition given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEA: Denials entered to allegations as stated in the petition.

X Consent to be filed within   3   days or case shall be
  transferred to a U.S. District Judge.

X Defendant detained/Detention Hearing set for **February 16, 2006 at 11:15 a.m.**  Order of Temporary Detention **FILED**.

X OTHER: Court and counsel heard re defense counsel's oral motion to release the defendant to a Community Confinement Facility; **DENIED**.

At 4:13 p.m. court adjourned.

DATE: February 13, 2006      DEPUTY CLERK'S INITIALS:   rc