RECEIVED
FEB 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A01CR0055 JKS |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| William Craig Nuchols ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest William Craig Nuchols and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

**REDACTED SIGNATURE**

2/09/06
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

ANCHORAGE, ALASKA

| Date Received: 2/10/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 2/13/2006 | DOUG ZIELINSKI, DUSM | |

**SCANNED**