Henry E. Graper, III
Attorney for William Nuchols
Gorton, Logue & Graper
737 M Street
Anchorage, Alaska 99501
Phone: (907) 276-1945
Fax: (907) 279-0680
Email: henrygraper@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                             )<br>              Plaintiff,                       )<br>                                                             )<br>v.                                                        )<br>                                                             )<br>WILLIAM NUCHOLS,                  )<br>                                                             )<br>              Defendant.                   )<br>_____)  | No. 3:01-CR-00055-JKS |

### NOTICE OF WAIVER OF DISTRICT COURT JUDGE

COMES NOW the Defendant, William Nuchols, by and through CJA counsel, Henry E. Graper, III, and hereby consents to appear before a magistrate judge for purposes of an evidentiary hearing on allegations contained in the Petition to Revoke Supervised Release filed on February 10, 2005.  Counsel has spoken with Defendant and can represent the above to the court.  It is requested that the hearing be held either during the week of February 28th or March 6th if possible.

/s Henry E. Graper, III
Attorney for Defendant William Nuchols
Gorton, Logue & Graper, P.C.
737 M Street
Anchorage,  Alaska 99501
Phone: (907)  276-1945
Fax: (907) 279-0680
E-Mail: henrygraper@gci.net

<u>Certificate of Service</u>
I hereby certify that the foregoing
was served electronically on the
U.S. Attorney's office on
February 22, 2006
<u>/s Henry E. Graper, III</u>