**UNITED STATES DISTRICT COURT**
**District of Alaska**

UNITED STATES OF AMERICA,

vs.

WILLIAM CRAIG NUCHOLS

**SECOND**
**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 01/04/2005)
Case Number: 3:01-CR-00055-JKS
Henry Graper, III
Defendant's Attorney

Defendant's probation officer filed a petition on 02/10/2006 accusing defendant of 1 violation of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Positive for cocaine | 02/08/20006 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MARCH 9, 2006
Date of Disposition Hearing

_REDACTED SIGNATURE_
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

3/10/06
Date

AO245.REV

Defendant: WILLIAM CRAIG NUCHOLS          Amended Judgment--Page 2 of 2
Case No.:  3:01-CR-00055-JKS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 months.

NO TERM OF SUPERVISION TO FOLLOW

[X]  The court makes the following recommendations to the Bureau of Prisons:

Court recommends that the defendant participate in the 500 hour Drug and Alcohol Treatment Program.
Court recommends that the defendant be evaluated and participate in a mental health treatment program.

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
                           a.m.
    [_]  at _____ p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]  before 2 p.m. on _____.
    [_]  as notified by the United States Marshal.
    [_]  as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                      United States Marshal

                                By _____
                                       Deputy Marshal

AO245.REV